ROBINSON v. DAVIDOW et al. (Supreme Court, Appellate Division, Second Department. June 13, 1913.) Action by Susan E. Robinson against Edward Davidow and others. No opinion. Motion denied, without costs.

ROBINSON et al., Respondents, v. W. L. BULL, JR., & CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Charles L. Robinson and others against W. L. Bull, Jr., & Co. and others. L. L. Kellogg, of New York City, for appellants. A. Falck, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROCHE et al., Respondents, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Edward Roche and another against the City of New York. No opinion. Judgment affirmed, with costs.

ROCK ISLAND BUTTER CO., Respondent, v. ROWLAND, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by the Rock Island Butter Company against James Rowland. T. Bracken, of New York City, for appellant. F. C. Pitcher, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROCK ISLAND BUTTER CO., Respondent, v. ROWLAND, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by the Rock Island Butter Company against James Rowland. T. Bracken, of New York City, for appellant. F. C. Pitcher, of New York City, for respondent. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.

ROEHN, Respondent, v. ROEHN, Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by Ethel L. Roehn against Ernest F. Roehn. I. N. Jacobson, of New York City, for appellant. T. J. Brady, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

ROSENTHAL v. IG. ROTH, Inc. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Rebecca Rosenthal against Ig. Roth, Incorporated. No opinion. Judgment and order affirmed, without costs.

In re ROTH. (Supreme Court, Appellate Division, First Department. July 11, 1913.) In the matter of Herman L. Roth. No opinion. Motion denied, with $10 costs. Order filed. See, also, 156 App. Div. 893, 141 N. Y. Supp. 316.

ROTH, Respondent, v. SPENCER et al., Appellants. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Max Roth against H. Jay Spencer and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re ROWE. (Supreme Court, Appellate Division, First Department. June 20, 1913.) In the matter of Alfred T. Rowe, an attorney. No opinion. Referred to official referee. Settle order on notice.

RUPP, Respondent, v. RUPP, Appellant. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by Caroline F. Rupp, by Frederick Boyd Stevenson, her guardian ad litem, against Richard C. Rupp. No opinion. Motion denied, with $10 costs. See, also, 156 App. Div. 389, 141 N. Y. Supp. 484.

RYAN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Patrick Ryan against the City of New York. C. A. Winter, of New York City, for appellant. C. J. Nehrbas, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RYON, Respondent, v. GIBSON, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Cora Gaylord Ryon, as administratrix, etc., of Henderson Gaylord, deceased, against Hannah P. Gibson, individually and as executrix, etc., of Judson A. Gibson, deceased.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., not voting.

SALISBURY, Appellant, v. DEADY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 4, 1913.) Action by George W. Salisbury, as trustee, etc., against Jenette Deady and another, as executors, etc.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., not sitting.

SANDERS, Respondent, v. TYSSOWSKI, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by James E. Sanders against Mary R. Tyssowski. C. R. Neal, of New York City, for appellant. C. C. Sanders, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 142 N. Y. Supp. 1142.

SANDERS v. TYSSOWSKI. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by James E. Sanders against Mary R. Tyssowski. No opinion. Motion denied, with $10 costs. Order filed. See, also, 142 N. Y. Supp. 1142.

SCHENCK, Respondent, v. UNITED STATES HEALTH & ACCIDENT INS. CO., Appellant. (Supreme Court, Appellate Division,